UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**KIM MARIE NADEAU,**

      **Plaintiff,**

v.                                         **Case No: 6:16-cv-800-Orl-41DCI**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Complaint (Doc. 1). Plaintiff seeks review of a final decision from the Commissioner of Social Security ("the Commissioner") denying her application for Social Security disability insurance benefits, supplemental security income benefits, and widow's insurance benefits. United States Magistrate Judge Daniel C. Irick issued a Report and Recommendation (Doc. 22), recommending that the final decision be reversed and remanded for further proceedings.

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis set forth in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 22) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The final decision of the Commissioner is **REVERSED** and **REMANDED** to the Commissioner for further proceedings.

3. The Clerk is directed to enter judgment in favor of Plaintiff. Thereafter, the Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on June 1, 2017.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record