UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**KIM MARIE NADEAU,**

        **Plaintiff,**

**v.**                                                      **Case No: 6:16-cv-800-Orl-41DCI**

**COMMISSIONER OF SOCIAL
SECURITY,**

        **Defendant.**
_____/

## ORDER

        THIS CAUSE is before the Court on Plaintiff's Motion for Award of Attorney Fees (Doc. 26). United States Magistrate Judge Daniel C. Irick submitted a Report and Recommendation (Doc. 30), in which he recommends that the Court grant the motion and award Plaintiff a total of $5,220.00 in attorney's fees.

        After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the Report and Recommendation. It is therefore **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 30) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Award of Attorney Fees (Doc. 26) is **GRANTED**.

3. Plaintiff is awarded $5,220.00 in attorney's fees.

**DONE** and **ORDERED** in Orlando, Florida on January 4, 2018.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record